IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02322-BNB

WILLIE CLARK,

    Plaintiff,

v.

[NO DEFENDANT/RESPONDENT NAMED],

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Willie Clark, is an inmate at the Colorado State Penitentiary at Cañon City, Colorado. He initiated this action by filing *pro se* a Letter with the Court complaining about the conditions of his confinement.

    In an August 29, 2013 Order, Magistrate Judge Boyd N. Boland directed Mr. Clark to cure certain enumerated deficiencies in this action. Mr. Clark was ordered to submit a Prisoner Complaint on the court-approved form. He was also ordered to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form or, alternatively, to pay the $400.00 administrative and filing fees applicable to the Prisoner Complaint.

    Mr. Clark has not filed any documents in compliance with the August 29 Order. Indeed, he has not communicated with the Court since he initiated this action on August 28, 2013. Accordingly, the action will be dismissed.

    Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status

will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for the failure of Plaintiff to comply with the Court's August 29, 2013 Order Directing Plaintiff to Cure Deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Mr. Clark may file a motion in the Tenth Circuit Court of Appeals.

DATED at Denver, Colorado, this  9th  day of   October  , 2013.

BY THE COURT:


  s/Christine M. Arguello
CHRISTINE M. ARGUELLO
United States District Judge for
LEWIS T. BABCOCK, Senior Judge
United States District Court